IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHARLIE ELY HILL, #704272 | § | |
| VS. | § | CIVIL ACTION NO. 5:05cv156 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this petition and the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motion to proceed *in forma pauperis*.

Petitioner filed objections to the Report and Recommendation recommending that the case be dismissed as time-barred.  This Court made a *de novo* review of the objections and determined that they lack merit.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that the motion to proceed *in forma pauperis* (dkt. #2) is denied as moot and this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

SIGNED this  4th  day of October, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE